IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | Case No.: 94-CR-00741-JB |
| vs. | ) ) ) | |
| LAVONNE JOE, | ) ) | |
| Defendant. | ) | |

**<u>NOTICE OF ENTRY OF APPEARANCE AND SUBSTITUTION OF COUNSEL</u>**

The United States hereby notifies the Court that Norman C. Bay withdraws as counsel of record for the United States, and Assistant United States Attorney David P. Cowen enters his appearance on behalf of the United States.

The United States requests that all future notices, pleadings and correspondence be delivered to counsel of record David P. Cowen.

                                            Respectfully submitted,

                                            JOHN C. ANDERSON
                                            United States Attorney

                                            */s/ Electronically filed on 11/16/ 2018*
                                            DAVID P. COWEN
                                            Assistant United States Attorney
                                            Post Office Box 607
                                            Albuquerque, NM 87102
                                            (505) 346-7274

I HEREBY CERTIFY that on November 16, 2018, I filed the foregoing electronically through the CM/ECF system, which caused counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.
*/s/*
DAVID P. COWEN
Assistant United States Attorney