AO 442 (Rev. 08/14) Arrest Warrant

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

2021 APR 19 PM 4: 18

CLERK-ALBUQUERQUE

# UNITED STATES DISTRICT COURT
## District of New Mexico

2021 APR 12 PM 2: 56

| UNITED STATES OF AMERICA | ) |
| --- | --- |
| v. | ) |
| | ) Case No. 1084 1:94CR00741-001JB |
| Lavonne Joe | ) |
| *Defendant* | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States Magistrate Judge without unnecessary delay (name of person to be arrested) Lavonne Joe

Also Known As: Joe, LEvonne

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☒ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows: The defendant committed a new violation.

Date:   4/12/21

_____
*Issuing Officer's signature*

City and state:   Albuquerque, NM       MITCHELL R. ELFERS, CLERK OF COURT
                                        *Printed name and title*

### Return

This warrant was received on ( date ) 4/12/2021, and the person was arrested on ( date ) 4/19/2021
at ( city and state ) Albuquerque, NM.

Date:   4/19/2021                      #31496
                                       *Arresting officer's signature*

                                       Jerry Thompson, Deputy U.S. Marshal
                                       *Printed name and title*

**This second page contains personal identifiers provided for law-enforcement use only**