# CLERK'S MINUTE SHEET
### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable Kirtan Khalsa

Initial Appearance

| | | | |
|---|---|---|---|
| Case Number: | 94cr741 JB | UNITED STATES vs. Joe | |
| Hearing Date: | 4/21/2021 | Time In and Out: | 9:36-9:37; 10:39-10:43 |
| Courtroom Deputy: | E. Hernandez | Courtroom: | ABQ Zoom |
| Defendant: | Lavonne Joe | Defendant's Counsel: | Buck Glanz for initial purposes only |
| AUSA: | Paul Spiers | Pretrial/Probation: | A.  Escobedo |
| Interpreter: | N/A | Witness: | |

## Initial Appearance

☒ Defendant received a copy of charging document

☒ Court advises defendant(s) of possible penalties and all constitutional rights

☒ Defendant wants Court appointed counsel

☒ Government moves to detain　　☐ Government does not recommend detention

☒ Set for Preliminary Revocation/Detention Hearing　on Thursday, April 22, 2021　@ 9:30

## Preliminary/Show Cause/Identity

☐ Defendant

☐ Court finds probable cause　　☐ Court does not find probable cause

## Detention

☐ Defendant waives Detention Hearing

☐

## Custody Status

☒ Defendant  remanded to custody of United States Marshal's Service

☐ Conditions

## Other

☒ Defendant waives personal presence at hearing/Court accepts Defendant's waiver

☒ Pursuant to the Due Process Protections Act, Court confirms the United States obligation to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland, 373 U.S. 83 (1963) and its progeny, and orders it to do so.

☐ Matter referred to　　for Final Revocation Hearing

☐